979 A.2d 769

IN THE MATTER OF JOHN F. VARLEY, III, AN ATTORNEY AT LAW.

October 8, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–405, concluding that **JOHN F. VARLEY, III,** of **WALL,** who was admitted to the bar of this State in 1985, and whose license to practice law in New Jersey was administratively

revoked pursuant to *Rule* 1:28-2(c), effective September 28, 2009, should be admonished for violating *RPC* 5.5(a)(1) (practicing law while ineligible for failure to pay the annual assessment), and *RPC* 1.15(d) (recordkeeping violations), and good cause appearing;

It is ORDERED that **JOHN F. VARLEY, III,** is hereby admonished; and it is further

ORDERED that this admonition shall have no effect on the September 28, 2009, administrative revocation of respondent's license to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.